**IN RE: CATHOLIC BISHOP OF NORTHERN ALASKA, Debtor,**

**Dewey Green; Mary Reader, Plaintiffs–Appellants,**

v.

**Unaatuq, LLC, Defendant–Appellee.**

**In re: Catholic Bishop of Northern Alaska, Debtor,**

**Louie Green, Jr., Plaintiff–Appellant,**

v.

**Unaatuq, LLC, Defendant–Appellee.**

No. 15-35197, No. 15-35205

United States Court of Appeals, Ninth Circuit.

Filed September 26, 2016

Mark P. Melchert, Attorney, Jermain Dunnagan & Owens P.C., Wayne Dawson, Dawson Law Group, LLC, Anchorage, AK, for Plaintiffs–Appellants.

Bruce A. Moore, Attorney, Landye, Bennett, Blumstein, LLP, Anchorage, AK, for Defendant–Appellee.

Before: FISHER, PAEZ, and HURWITZ, Circuit Judges.

## ORDER AMENDING

The memorandum disposition filed on August 17, 2016 is amended on page three line six by adding new footnote one, which states:

> Claimants' argument that the bankruptcy court lacked jurisdiction over them fails. Claimants filed a Rule 60(b)(4) motion in the bankruptcy court seeking relief from the prior sale order, arguing that they had acquired title to a portion of the Property through adverse possession. *See Wellness Int'l Network, Ltd. v. Sharif* [—— U.S. ——], 135 S.Ct. 1932, 1939 [91 L.Ed.2d 911] (2015) (stating there is no jurisdictional defect "when the parties knowingly and voluntarily consent to adjudication by a bankruptcy judge").

With this amendment, the petition for rehearing and rehearing en banc is DENIED. No further petitions for rehearing shall be filed.